AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### Eastern District of Arkansas

PORTER RATLIFF

                    JUDGMENT IN A CIVIL CASE

      v.

CENTRAL MOLONEY INC.

                    CASE NUMBER: 5:05CV00175 GH

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of the defendant and against plaintiff.

November 1, 2006                                            James W. McCormack
*Date*                                                                      *Clerk*

                                                                                          /s/ Patricia L. Murray
                                                                                          *(By) Deputy Clerk*